**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| In re: | |
|---|---|
| MARY E. BUSCONE,<br>Debtor | Chapter 13<br>Case No 23-11029-CJP |

**TRUSTEE'S RESPONSE TO APPLICATION**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee ("Trustee"), and responds to the Application for Compensation and Reimbursement of Expenses ("the Fee Application") filed by attorney David G. Baker ("Former Counsel") and states as follows:

1. The Trustee has no objection to the Fee Application per se or to the allowance of Former Counsel's fees.

2. However, the Fee Application asks the Court to authorize the Debtor to pay the fees through her Chapter 13 Plan when confirmed. Presently there is no Chapter 13 Plan before the Court that provides for the fees. Objections to confirmation of the current Chapter 13 Plan have been sustained but the requirement to file an amended plan has been stayed pending further Order of the Court or resolution of the pending appeal. The Trustee will only be able to pay the fees to the extent they are provided for in a confirmed plan.

3. As such, while the Trustee has no objection to the Fee Application or the Court allowing the requested fees, the Trustee cannot make any disbursements to Former Counsel until the Debtor files an amended Chapter 13 Plan that provides for the payment of the fees and that amended plan is confirmed by the Court.

Dated: March 3, 2023

Respectfully submitted,

Carolyn A. Bankowski
Standing Chapter 13 Trustee
/s/ Patricia A. Remer
Carolyn A. Bankowski, BBO#631056
Patricia A. Remer, BBO #639594
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA  02114-0022
(617) 723-1313
13trustee@ch13boston.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| In re:<br>MARY E. BUSCONE,<br>Debtor | Chapter 13<br>Case No 23-11029-CJP |
|---|---|

**Certificate of Service**

The undersigned hereby certifies that on March 27, 2025, a copy of the foregoing Trustee's Response was served via first class mail, postage prepaid, or by electronic notice, on the Debtor, Debtor's Counsel and Former Counsel, at the addresses set forth below.

Mary E. Buscone
8 Sudbury Avenue
Wilmington, MA 01887

Gary W. Cruickshank
Law Office of Gary W. Cruickshank
101 Federal Street
Suite 1900
Boston, MA 02110

David G. Baker
Baker Law Offices
255 Massachusetts Avenue
Suite 614
Boston, MA 02115-4701

/s/Patricia A. Remer
Patricia A. Remer, BBO#639594