UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

IN RE

Mary E. Buscone

DEBTOR

Docket No. 23-11029

Chapter 13

### NOTICE OF INTENT TO FILE A RESPONSE
### ON BEHALF OF CREDITOR ANN T. BOTELHO IN OPPOSITION TO FINAL
### APPLICATION FOR COMPENSATION

Please take Notice of that Ann T. Botelho, Creditor, by and though her counsel, Appearance of Thomas C, LaPorte, Esq. of LaPorte Law Group, PLLC, who has e-filed and e-served its Limited Appearance on behalf of Creditor Botelho, that she intends to file a Response in Opposition to the Final Application for Compensation, filed by David G. Baker, former attorney of record for the Debtor, filed on March 24, 2025.

March 28, 2025

Respectfully submitted,

/s/  Thomas C. LaPorte_____

Thomas C. LaPorte, Esq.
BBO #634194
75 Congress Street, Suite 209-230
Portsmouth, NH 03801
Telephone: (603) 303-9520
Tlaporte@laportelawgroup.net

### Certificate of Service

The undersigned states upon information and belief that the within motion and related exhibits were served upon the entities named below by the court's CM/ECF system on the date set forth above.

Carolyn Bankowski-13-12 13trustee@ch13boston.com

Gary W. Cruickshank on behalf of Debtor Mary E. Buscone
gwc@cruickshank-law.com; cruickshankgr87938@notify.bestcase.com

Michael B. Feinman on behalf of Creditor Ann Tracy Botelho
mbf@feinmanlaw.com, kmk@feinmanlaw.com

Richard King - B
USTPRegion01.BO.ECF@USDOJ.GOV

Thomas C. LaPorte on behalf of Creditor Ann Tracy Botelho
Tlaporte@laportelawgroup.net

Richard T. Mulligan on behalf of Creditor Bank Of America, N.A.
Richard.mulligan@brockandscott.com, wbecf@brockandscott.com

Lawson Williams on behalf of Creditor Bank Of America, N.A.
attorney.lawson.williams@gmail.com, WBECF@brockandscott.com


                                          /s/  Thomas C. LaPorte____

                                          Thomas C. LaPorte